# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

**No. 19-154V**

**(not to be published)**

```
* * * * * * * * * * * * * * * * * * * * * * * * *   *
                                                    *
PRESTON HALE, administrator of the estate           *
of KATHIE M. HALE,                                  *
                                                    *
                                                    *
                    Petitioner,                     *     Special Master Jennifer A. Shah
                                                    *
                                                    *
v.                                                  *
                                                    *
SECRETARY OF HEALTH AND                             *     Filed: December 2, 2024
HUMAN SERVICES,                                     *
                                                    *
                                                    *
                    Respondent.                     *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *   *
```

*Anthony J. Bucher*, Gatlin Voelker, PLLC, Covington, KY, for Petitioner
*Mark K. Hellie*, U.S. Department of Justice, Washington, DC, for Respondent

## ORDER CONCLUDING PROCEEDINGS[1]

On November 27, 2024, pursuant to Vaccine Rule 21(a), the parties filed a joint stipulation stating that the above-captioned case should be dismissed. ECF No. 44.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

Any questions regarding this Order may be directed to my law clerk, Sydney Lee, by telephone at 202-357-6347, or by email at Sydney_Lee@cfc.uscourts.gov.

    **IT IS SO ORDERED.**

**s/ Jennifer A. Shah**
Jennifer A. Shah
Special Master

---

[1] Because this Order contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Order will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.